UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON MCKINNEY, and<br>NICOLE ROMAN,<br><br>      Plaintiffs,<br><br>vs.<br><br>DONTONIO NIBBS, individually, and the<br>INDIANA STATE POLICE<br>DEPARTMENT,<br><br>      Defendants. | 1:14-cv-02124-RLY-DML |

## FINAL JUDGMENT

The court, having this day granted summary judgment in favor of Defendants, now enters final judgment in their favor, and against the Plaintiffs, Jason McKinney and Nicole Roman.

**SO ORDERED** this 27th day of October 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.